IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00908-RPM-KMT

KAREN GARCIA,

    Plaintiff,

v.

LAW OFFICE OF VINCENT PETER CIGNARELE, LLC,

    Defendant.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal [12] filed August 17, 2011, it is

ORDERED that this action is dismissed without prejudice and without costs to any party.

DATED: August 18th, 2011

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge